**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DAVID THOMPSON,

                                     Plaintiff,

    v.

PERRY RUSSELL, et al.,

                                     Defendants.

3:23-cv-00341-MMD-CSD

**ORDER**

Re:  ECF No. 41

On October 4, 2024, Plaintiff David Thompson (Thompson) filed a motion to stay discovery in this action pending the outcome of a motion to certify a class in another case, *Lyons v. Russell*, Case No. 3:23-cv-00335-MMD-CSD. (ECF No. 41.) Defendants filed an opposition to the motion to stay discovery. (ECF No. 42.) Plaintiff filed a reply. (ECF No. 43.)

On October 15, 2024, the court issued a report and recommendation in *Lyons v. Russell* that the motion to certify a class action be denied. (ECF No. 47.) On January 24, 2025, District Judge Du adopted the recommendations in the R&R. (ECF No. 53.)  Because the court has ruled that Plaintiff's motion to certify a class action in *Lyons v. Russell* be denied, Plaintiff Thompson's motion to stay discovery in this action pending the outcome of the motion in *Lyons* is moot.

Accordingly, Plaintiff's motion to stay discovery (ECF No. 41) is **DENIED** as moot.

**IT IS SO ORDERED.**

DATED:  January 28, 2025.



Craig S. Denney
United States Magistrate Judge