

David Thompson
5824 Alice Ave
Sun Valley NV 89433
775-357-3531
davidclydethompson@gmail.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

David Thompson
    Plaintiff pro se

Case: 3:23-cv-00341-MMD-CSD

Perry Russell et al
    Defendant

MOTION FOR EXTENSION OF 90 DAYS FOR PLAINTIFF TO RESPOND TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

Comes now plaintiff pro se David Thompson in the above entitled action, a former prisoner held by Nevada Department of Corrections, at Northern Nevada Correctional Center, filing under Hanes v Kerner 92 S Ct 594 (1972), as not trained in law, Rey v USA, 786 F. 3d 1089 (2015), and Norfleet v Walker 684 F. 3d 688 (7th circuit 2012), pro se litigants not to be held to full compliance, files, for an extension of time of 90 days for plaintiff to respond to defendants motion for summary Judgment, to allow plaintiff time to acquire affidavits and other evidence of misrepresentation and perjury perpetrated by defendants in their motion for summary judgment

Respectfully submitted and signed this the 8th of April 2025

_____
David C Thompson pro se

### ORDER

IT IS SO ORDERED.
Dated: April 25, 2025.

_____
UNITED STATES MAGISTRATE JUDGE